United States Courts
Southern District of Texas
FILED

November 05, 2020

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | Criminal No. M-20-1908 |
| BRANDON GALVEZ § | |
| JOSE RAMOS-SERRANO § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about June 21, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**BRANDON GALVEZ**

did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away Minor Victim #1, an individual who had not attained the age of 18 years, and held Minor Victim #1 for ransom and reward and otherwise, and in committing or in furtherance of the commission of the offense, traveled in interstate commerce from Chalmette, Louisiana, to McAllen, Texas, and did so when Brandon Galvez was over the age of 18 years and was not Minor Victim #1's parent, grandparent, brother, sister, aunt, uncle, and an individual having legal custody of Minor Victim #1.

In violation of Title 18, United States Code, Section 1201(a)(1) and 1201(g)(1).

### Count Two

From on or about June 12, 2020, to on or about June 21, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

BRANDON GALVEZ

did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce or attempt to persuade, induce, entice and coerce an individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which said defendant could be charged with a criminal offense, that is, Aggravated Sexual Assault, in Violation of Texas Penal Code Section 22.021.

In violation of Title 18, United States Code, Section 2422(b).

### Count Three

June 21, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

BRANDON GALVEZ
and
JOSE RAMOS-SERRANO

did knowingly conspire and agree together to transport an individual, Minor Victim #1, who had not attained the age of 18 years in interstate commerce, with the intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2423(a) and 2423(e).

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY